ACCEPTED
03-14-00518-CV
7427825
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 10:27:33 AM
JEFFREY D. KYLE
CLERK



**gbkh**
GEORGE BROTHERS
KINCAID & HORTON LLP

JOHN W. THOMAS, PARTNER

1100 NORWOOD TOWER | 114 WEST 7TH ST | AUSTIN, TX 78701
512.495.1400 | FAX 512.499.0094 | JTHOMAS@GBKH.COM | WWW.GBKH.COM

October 19, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/19/2015 10:27:33 AM

JEFFREY D. KYLE
Clerk

***Via Electronic Filing***
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

Re:     Case #03-14-00518-CV; *James Poe and Senior Retirement Planners, LLC v Espinosa, in his capacity as Receiver of Retirement Value, LLC*

Dear Clerk:

This letter is to notify the Court that I will be on vacation on February 16, 2016 through February 26, 2016. I respectfully request that the Court not set any matters before the Court in the above-referenced case for these dates.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Yours sincerely,

George, Brothers, Kincaid & Horton, LLP

***/s/ John W. Thomas***
John W. Thomas
Counsel for Appellee, Eduardo S. Espinosa
In his Capacity as Receiver for Retirement
Value, LLC

JWT/ejg
cc:     Scott Lindsey, Counsel for Appellants *(Via Electronic Service)*
       Client